**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| GERALDO DANIEL FRÍAS,<br><br>　　　　　Petitioner,<br><br>　　　　　　　v.<br><br>GARRETT J. RIPA, TODD LYONS,<br>MARKWAYNE MULLIN, and TODD BLANCHE,<br>all in their official capacities,<br><br>　　　　　Respondents. | **Civil No. 26-1374 (GMM)** |

**JUDGMENT**

On June 22, 2026, Petitioner filed its *Notice of Dismissal Pursuant to F.R.C.P. 41(a)(2)* indicating that Petitioner was granted a hearing before an Immigration Judge and was released on bond and therefore requests dismissal of his habeas petition. (Docket No. 10).

Pursuant to this Court's Order at Docket No. 11 and Federal Rule of Civil Procedure 41(a)(2), Judgment is hereby entered DISMISSING WITHOUT PREJUDICE Petitioner's claims.

The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on June 23, 2026.

　　　　　　　　　　　　　　　/s/ Gina R. Méndez-Miró
　　　　　　　　　　　　　　　GINA R. MÉNDEZ-MIRÓ
　　　　　　　　　　　　　　　United States District Judge